# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY LEE WILKINS,<br><br>        Petitioner,<br><br>    v.<br><br>STEVEN LANGFORD, Warden,<br><br>        Respondent. | CASE NO. 2:16-cv-04923-RGK (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Denying Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus is DENIED and this action is hereby DISMISSED with prejudice.

DATED: June 22, 2017

*/s/ Gary Klausner*
HON. R. GARY KLAUSNER
U.S. DISTRICT JUDGE